# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COOLPAD GROUP LIMITED, COOLPAD TECHNOLOGIES INC., and YULONG COMPUTER TELECOMMUNICATION SCIENTIFIC (SHENZHEN) CO. LTD.,<br><br>  Defendants. | CIVIL ACTION NO. 4:19-cv-877-ALM<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

American Patents, LLC, Plaintiff in the above-entitled civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record in the above-styled matter:

  Stafford Davis
  Texas State Bar No. 24054605
  THE STAFFORD DAVIS FIRM, P.C.
  The People's Petroleum Building
  102 North College Avenue, 13th Floor
  Tyler, Texas 75702
  Phone: (903) 593-7000
  Facsimile: (903) 705-7369
  Email: sdavis@stafforddavisfirm.com

Dated: December 17, 2019

Respectfully submitted,

*/s/ Stafford Davis*
Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000

Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for American Patents LLC*

2