IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 4:19-cv-877-ALM |
| | § | |
| COOLPAD GROUP LIMITED, COOLPAD TECHNOLOGIES INC., and YULONG COMPUTER TELECOMMUNICATION SCIENTIFIC (SHENZHEN) CO. LTD., | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants Coolpad Group Limited, Coolpad Technologies Inc., and Yulong Computer Telecommunication Scientific (Shenzhen) Co., Ltd.'s Unopposed Motion to Answer, Move, or Otherwise Respond to Plaintiff's Complaint (Dkt. #22). Coolpad seeks to align its answer deadline for Defendants. Having considered the motion, the Court is of the opinion that the motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendants Coolpad Group Limited, Coolpad Technologies Inc., and Yulong Computer Telecommunication Scientific (Shenzhen) Co., Ltd. to answer, move, or otherwise respond to Plaintiff American Patents LLC's Complaint (Dkt. #1) is March 13, 2020.

**IT IS SO ORDERED.**

**SIGNED this 27th day of January, 2020.**

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE