# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COOLPAD GROUP LIMITED, et al.,<br><br>　　Defendants. | CIVIL ACTION NO. 4:19-cv-877-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT SUBMISSION REGARDING SEPTEMBER 3, 2020 TELECONFERENCE

Complying with the Court's instructions on the September 3, 2020 teleconference in this case, Plaintiff American Patents LLC ("American Patents") and Defendants Coolpad Group Limited, Coolpad Technologies Inc., and Yulong Computer Telecommunication Scientific (Shenzhen) Co. Ltd. ("Coolpad") (together, "Defendants") jointly submit the below listed documents for the Court's consideration:

- Ex. 1: Defendants' P.R. 3-3 Invalidity Contentions (Note: This document includes Defendants' invalidity contentions cover page and not the multiple exhibits that were initially attached and served on Plaintiff.)

- Ex. 2: Defendants' P.R. 4-1 Disclosures

- Ex. 3: Defendants' Shortened List of Terms Email

- Ex. 4: Defendants' P.R. 4-2 Disclosures

- Ex. 5: Plaintiff's P.R. 4-2 Disclosures

- Ex. 6: Email Chain Discussing Coolpad Proposal

- Ex. 7: Joint P.R. 4-3 Claim Construction and Prehearing Statement

- Ex. 8: Joint P.R. 4-3 – Exhibit 1

- Ex. 9: Declaration of Paul S. Min Ph.D

- Ex. 10: Petition in IPR2020-01178 filed by HPE, Aruba, and Coolpad

- Ex. 11: *Karl Storz Endoscopy-America, Inc. v. Stryker Corp.*, 2017 WL 5257001 (N.D. Cal. Nov. 13, 2017)

- Ex. 12: *MediaTek Inc. v. Freescale Semiconductor, Inc.*, 2014 WL 690161 (N.D. Cal. Feb. 21, 2014)

- Ex. 13: *Seven Networks, LLC v. Google LLC*, 2018 WL 4501952 (E.D. Tex. Jul. 11, 2018)

- Ex. 14: *Uniloc 2017 LLC v. Samsung Elecs. Am., Inc.*, 2019 WL 8039081 (E.D. Tex. Nov. 22, 2019)

- Ex. 15: *Advanced Mktg. Sys., LLC v. CVS Pharmacy, Inc.*, 2016 WL 1741396 (E.D. Tex. May 3, 2016)

- Ex. 16: *Arbitron, Inc. v. Int'l Demographics Inc.*, 2008 WL 4755761 (E.D. Tex. Oct. 29, 2008)

- Ex. 17: *Infernal Tech., LLC v. Sony Interactive Entm't Am., LLC*, 2020 WL 3050821 (E.D. Tex. June 8, 2020)

- Ex. 18: *Phoenix Licensing, L.L.C. v. AAA Life Ins. Co.*, 2015 WL 11110605 (E.D. Tex. Apr. 7, 2015)

- Ex. 19: *Samsung Elecs. Am., Inc. v. Prisua Eng'g Corp.*, 948 F.3d 1342 (Fed. Cir. 2020)

- Ex. 20: *SBJ IP Holdings 1, LLC. v. Blockbuster Inc.*, 2011 WL 903194 (E.D. Tex. Mar. 15, 2011)

- Ex. 21: *Praxair, Inc. v. ATMI, Inc.*, 543 F.3d 1306 (Fed. Cir. 2008)

The parties note that Coolpad has dropped its assertion that claim terms 8-12 of the 803 patent (using the numbering from the P.R. 4-3 filing) are indefinite. Those terms are discussed in Dr. Min's declaration in paragraphs 174-206.

Dated: September 4, 2020                    Respectfully submitted,

*/s/ Christopher Ryan Pinckney*

Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

*/s/ David R. Medina*
Jeffrey L. Johnson
State Bar No. 24029638
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6450
Facsimile: 713.658.6401
jj@orrick.com

T. Vann Pearce, Jr.
ORRICK HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Tel: (202) 339-8400
vpearce@orrick.com

Yufeng (Ethan) Ma
ORRICK HERRINGTON & SUTCLIFFE, LLP
47/F Park Place
1601 Nanjing Road West
Shanghai 200040
People's Republic of China
Tel: +86 21 6109 7000
yma@orrick.com

David R. Medina
ORRICK HERRINGTON & SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5885
Tel: +1 213 629 2020
dmedina@orrick.com

Attorneys for Defendants Coolpad Group, Ltd., Coolpad Technologies, Inc., and Yulong Computer Telecommunication Scientific (Shenzhen) Co., Ltd.